UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

INDUSTRIA DE PELES MINUANO LTDA.          5:03-CV-443 (DNH/GJD)
v. FASHION PURCHASING, INC.
_____

## ORDER

In response to this court's order requesting the status of this case, on November 14, 2005, this court received a letter from Bernard D'Orazio, Esq., attorney for plaintiff, stating that the defendant filed a Petition under Chapter 7 of the Bankruptcy Code, resulting in an automatic stay of this action. Attorney D'Orazio stated that no further information is available to him. Based on this letter, it appears that there is no further reason to maintain this action on the open docket for statistical purposes. **WHEREFORE, it is hereby**

**ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings become necessary or desirable, **any party may request reopening of the action by advising the court in writing.**

When requesting that this case be reopened, the parties are directed to request a Rule 16 conference so that a new Scheduling Order can be issued.

The Clerk is directed to serve a copy of this order on the attorneys or parties.

Dated: November 15, 2005.

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge